UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER,                                    26-cv-1107 (JGK)

                         Plaintiff,             ORDER

        - against -

KOR SHOTS, INC.,

                         Defendant.

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was April 23, 2026. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **May 11, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **May 1, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 27, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge