UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Henry Tucker,

                    Plaintiff,                         26-cv-1107 (JGK)

          - against -                                  Order

Kor Shots, Inc.,

                    Defendant.

---

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the original time for the defendant to answer was April 23, 2026. See ECF No. 7. On April 27, 2026, the Court extended the defendant's time to answer until May 11, 2026. See ECF No. 9. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended until **May 26, 2026.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **June 12, 2026.** If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **May 19, 2026.**

SO ORDERED.

Dated:     New York, New York
           May 12, 2026

                                              _____
                                                        John G. Koeltl
                                              United States District Judge