UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HENRY TUCKER,

                Plaintiff(s)

        -against-

KOR SHOTS, INC.,

                Defendant(s).

-------------------------------------------------------------X

26 civ 1107 (JGK)

**ORDER**

The conference scheduled for Tuesday, June 2, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

                                      _____
                                      **JOHN G. KOELTL**
                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 26, 2026